IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brim, Valerie

Printed: 6/10/08

Case Number: 07 B 06277
Judge: Hollis, Pamela S
Filed: 4/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 28, 2008
Confirmed: July 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,976.83 |  |
| Secured: |  | 1,527.72 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,234.00 |
| Trustee Fee: |  | 215.11 |
| Other Funds: |  | 0.00 |
| Totals: | 3,976.83 | 3,976.83 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,234.00 | 2,234.00 |
| 2. | UBS Real Estate Securities Inc | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 654.00 | 149.98 |
| 4. | UBS Real Estate Securities Inc | Secured | 14,795.56 | 1,377.74 |
| 5. | Illinois Dept of Revenue | Unsecured | 50.36 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 81.35 | 0.00 |
| 7. | City Of Chicago | Unsecured | 3.11 | 0.00 |
| 8. | GE Money Bank | Unsecured | 22.87 | 0.00 |
| 9. | Kohl's/Kohl's Dept Stores | Unsecured |  | No Claim Filed |
| 10. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 11. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 12. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 13. | Specialty Merchandise Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,841.25 | $ 3,761.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 213.03 |
| 6.5% | 2.08 |
|  | $ 215.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Brim, Valerie

Printed: 6/10/08

Case Number:  07 B 06277
Judge:  Hollis, Pamela S
Filed:  4/7/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

